IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CV 004

| | |
|---|---|
| TRI INVESTMENTS, INC; OLD EDWARDS INN AND SPA, LLC; and SATELLITE INVESTMENT ADVISORS, <br><br>Plaintiffs <br><br>V <br><br>AIKEN COST CONSULTANTS, INC., and WAYNE BLAIR, <br><br>Defendants | ORDER |

**THIS MATTER** is before the court on Kelly B. Jones' Application for Admission to Practice *Pro Hac Vice* of Joel G. Pieper. It appearing that Joel G. Pieper is a member in good standing with the Georgia Bar and will be appearing with Kelly B. Jones, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kelly B. Jones' Application for Admission to Practice *Pro Hac Vice* (#6) of Joel G. Pieper is **GRANTED**, and that Joel G. Pieper is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kelly B. Jones.

Signed: February 22, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge