IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CASE NO. 2:11cv04

| | |
|---|---|
| TRI INVESTMENTS, INC.; OLD EDWARDS INN AND SPA, LLC; AND SATELLITE INVESTMENT ADVISORS, <br><br> Plaintiffs, <br><br> vs. <br><br> AIKEN COST CONSULTANTS, INC. AND WAYNE BLAIR, <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to ascertain subject matter jurisdiction.

In the plaintiffs' Complaint, plaintiffs' allege that the party, Old Edwards Inn and Spa, LLC was a company organized and existing under the laws of the state of North Carolina, but does not allege nor show the names and citizenships of constituent members or partners of Old Edwards Inn and Spa, LLC.

Courts have an affirmative duty to question subject matter jurisdiction even when the parties have not done so. Interstate Petroleum Corp. v. Morgan, 249 F.3d 215 (4th Cir. 2001); Plyer v. Moore, 129 F.3d 728, 732 n.6 (4th Cir. 1997),

*certiorari denied* 524 U.S. 945, 118 S.Ct. 2359, 141 L.Ed.2d 727 (1998); 28 U.S.C. §1447(c)("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). A limited liability company is a citizen of all states in which its constituent members are citizens. <u>Carden v. Arkoma Associates</u>, 494 U.S. 185, 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990). The plaintiffs have not disclosed in their Complaint whether its constituent members or partners are citizens of the state of South Carolina. Jurisdiction in this matter is alleged to be based upon diversity and if the parties are not in fact diverse, then the court would not have jurisdiction.

**IT IS, THEREFORE, ORDERED** that on or before April 10, 2011, the plaintiffs shall file a response disclosing the names and citizenships, if any, of all its constituent members or partners of Old Edwards Inn and Spa, LLC, and, for any such constituent members or partners that are limited liability companies or partnerships, to identify the citizenships of the respective constituent members or partners until all such constituents are fully identified.

Signed: March 23, 2011

_____
Dennis L. Howell
United States Magistrate Judge