# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
## 2:11cv4

| | |
|---|---|
| TRI INVESTMENTS, INC.; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AIKEN COST CONSULTANTS, INC. ) | |
| and WAYNE BLAIR, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

Pending before the Court is Plaintiffs' Motion to Quash Subpoena and Notice of Deposition [# 25]. Plaintiffs move to Quash the deposition of Tom E. Burns, C.P.A. In response to Plaintiffs' motion, Defendants have withdrawn the notice of deposition of Mr. Burns. Accordingly, the Court **DENIES as moot** the Motion to Quash [# 25].

Signed: November 7, 2011

Dennis L. Howell
United States Magistrate Judge