IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CV 04

| | |
|---|---|
| TRI INVESTMENTS, INC; OLD EDWARDS INN AND SPA, LLC; and SATELLITE INVESTMENT ADVISORS, <br><br>Plaintiffs <br><br>V <br><br>AIKEN COST CONSULTANTS, INC. and WAYNE BLAIR, <br><br>Defendants | ORDER |

**THIS MATTER** is before the court on Kelly Jones' Application for Admission to Practice *Pro Hac Vice* of Harrison Mark Trammell. It appearing that Harrison Mark Trammell is a member in good standing with the South Carolina State Bar and will be appearing with Kelly Jones, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kelly Jones' Application for Admission to Practice *Pro Hac Vice* (#31) of Harrison Mark Trammell is **GRANTED**, and that Harrison Mark Trammell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kelly Jones.

Signed: November 9, 2011

*[signature]*

Dennis L. Howell
United States Magistrate Judge